**Electronically Filed
Supreme Court
SCPR-24-0000091
13-MAR-2024
09:11 AM
Dkt. 6 OGP**

SCPR-24-0000091

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE YOKO SATO, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition to resign from the practice of law in the State of Hawaiʻi, filed by attorney Yoko Sato (Petitioner), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), but to retain the paper license as a memento, as authorized by RSCH Rule 1.10(b), and the declarations submitted in support thereof, we conclude that Petitioner has fully complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner may retain the paper license as a memento.

IT IS FURTHER ORDERED pursuant to RSCH Rule 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH Rule 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 7192, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, March 13, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Valdimir P. Devens